**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000508
27-FEB-2026
08:38 AM
Dkt. 38 OAWST**

NO. CAAP-25-0000508


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


STATE OF HAWAIʻI, Plaintiff-Appellee, v.
AINSLEY ANTHONY APUAKEHAU KAUHOLA, Defendant-Appellant


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CPC-25-0000104)


ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Nakasone, Chief Judge, Leonard and McCullen, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal and Order (**Stipulation**), filed on February 25, 2026, by Defendant-Appellant Ainsley Kauhola (**Kauhola**), it appears that (1) the appeal has been docketed and the filing fees have been paid; (2) under Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 42(b), the parties stipulate to dismiss the appeal, with no attorneys' fees or costs outstanding; (3) the Stipulation is signed by counsel for all parties; and (4) pursuant to HRAP Rule 42(c), the Stipulation is accompanied by Kauhola's declaration attesting that the withdrawal is being made voluntarily, and that he understands the consequences of dismissal of the appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice.

DATED: Honolulu, Hawaiʻi, February 27, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge